UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELBERT COLEMAN, III, | § | |
| ELBERT COLEMAN, IV, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action 1:25-cv-00240-MPB-MG |
| | § | |
| NEXO CAPITAL, INC. | § | |
| | § | |
| Defendant. | § | |

# DECLARATION OF RANDALL VALENTINE, PH.D.

## DECLARATION

1. My name is Dr. Randall Valentine. I am more than twenty-one years old and have personal knowledge of the facts stated herein. I am qualified to express expert opinions in this matter as a result of my education, training and experience. I hold a Ph.D. in Finance from Mississippi State University. I am currently an Associate Professor of Finance at Millsaps College. I have academic and professional experience of over 25 years, including published research, financial analysis, financial technology, investment strategy, artificial intelligence, and quantitative analysis. I have been retained as an expert witness in over 100 matters, with a significant number of these involving cryptocurrency and financial damages.

2. I have been retained as an expert witness in this matter by Defendant Nexo Capital Inc. ("Nexo"). I was asked to provide expert testimony in this case regarding liability and damages associated with Plaintiffs' breach of contract claim against Nexo. My opinions are based on my review of the relevant materials, my professional expertise, and my analysis of the facts of this case.

3. I prepared an expert report in this matter on behalf of Defendant Nexo Capital Inc., dated November 5, 2025 ("Expert Report"). A true and correct copy of my Expert Report, which I authored and signed, is attached as **Exhibit 17.** My qualifications and experience are detailed in my *curriculum vitae*, which is attached as Appendix A of my Expert Report.

4. In preparation for my Expert Report, I reviewed the materials identified in Appendix B of the Expert Report.

5. Additionally, I obtained data from CoinMarketCap.com to verify transaction information and historical crypto market pricing data. That data source is independently verifiable and considered reliable by experts in the field. The facts and data as set forth in the Expert Report were obtained from sources considered to be reliable.

6. My Expert Report, dated November 5, 2025, was prepared in accordance with the requirements of Federal Rule of Civil Procedure 26(a)(2)(B). It contains a complete statement of all opinions I intend to express, the basis and reasons for those opinions, and the facts or data I considered in forming them.

7. I affirm that the opinions expressed in my Expert Report are my own and are based on my independent analysis. I have not been influenced by any party or counsel in forming these opinions.

8. I understand that my Expert Report will be used in support of Nexo's motion for summary judgment in this case. I further understand that my testimony may be relied upon to authenticate the Expert Report and to provide the Court with the necessary foundation for its admissibility.

9. I adopt and reaffirm the analysis, content, and conclusions of my Expert Report in support of Nexo's motion for summary judgment. I also attest that the Expert Report attached as **Exhibit A** is a true and accurate copy.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED ON: 1/16/2026

By: _____
Randall Valentine, B.S., M.S., Ph.D.