Friday, December 23, 2022 at 12:17:53 Eastern Standard Time

| | |
|---|---|
| **Subject:** | FW: Nexo Liquidation Relief Program - Onelia |
| **Date:** | Friday, August 19, 2022 at 2:24:27 PM Eastern Daylight Time |
| **From:** | Vera, Onelia |
| **To:** | Jonathan Schwartz, Esq. |
| **Attachments:** | ~WRD1645.jpg |

**EXHIBIT 28**

*EXHIBIT CR-1*

**From:** Vera, Onelia
**Sent:** Thursday, August 18, 2022 6:09 PM
**To:** jschartz@jonschwaertzlaw.com
**Subject:** FW: Nexo Liquidation Relief Program - Onelia

**From:** Kaloyan Stanev <kaloyan@nexo.io>
**Sent:** Thursday, June 30, 2022 4:50 AM
**To:** Vera, Onelia <onelia.vera@takeda.com>
**Subject:** Re: Nexo Liquidation Relief Program - Onelia

Hi Onelia,

Thank you for reaching out to us, thus demonstrating your willingness to discuss possible solutions to the recent unfortunate turn of events, which resulted in liquidation of your position with Nexo.

Your Nexo Account was liquidated for the equivalent of a total of **$361,293.90** during this year's market turbulence.

As a valued client, we wish to exclusively extend to you a viable solution in an effort to remedy the above situation and help you recover your collateral position to the best of our abilities. Namely, we would aim to acquire on your behalf part or, if feasible, all of your liquidated collateral assets. Our strategy would be to:

1. Purchase as much of your previous collateral as possible from the open market up to the size of liquidation, while keeping the overall loan-to-value (LTV) ratio within healthy limits.
2. Deposit the assets of the acquired position into your Nexo Account to serve as new collateral, whereby the price of purchasing the position together with the cost of the program execution will be added to the outstanding crypto credit balance in your Nexo Account.

To ensure this strategy's effectiveness and achieve a reliable initial LTV, **as a prerequisite your Nexo Account should have some starting collateral balance**.

Let me reiterate how the liquidation relief works. We will purchase assets of the same type and up to the same amount as the liquidated ones that will become collateral and the price of this purchase together with the cost of the program execution will be credited to your Nexo Account as an outstanding crypto credit. Both transactions are settled manually by our OTC team in your Nexo Account. It is our intention to allow you to recover as much from your liquidated position as possible. That being said, any operation we perform should be within the limits of our risk management procedures, meaning that the ending LTV of your Nexo Account, once all operations are settled, cannot exceed 83.3%. Otherwise, additional liquidations will be triggered. Based on standard

industry practice, it is recommended that a conservative LTV be maintained at all times, which would in this case be no more than 70%.

Let me demonstrate with an example. Here is how your Nexo Account looks today:

| Collateral Value | Withdrawal Credit | LTV |
|---|---|---|
| $726,191.11 | $457,427.34 | 62.99% |

Given the Nexo Account set up, we can execute the liquidation relief program with the equivalent of up to $129,521.87.

Here is how your Nexo Account would look post execution:

- Collateral value: ~$726,191.11 +$129,521.87(the value of the newly purchased assets of your choosing) = ~$855,712.98
- Outstanding crypto credit: ~$457,427.34+ $137,293.18 (the price of purchasing the position together with the cost of the program execution will be added to the outstanding crypto credit balance in your Nexo Account) = ~$594,720.52
- LTV:~69.50%

**In order to be able to execute the liquidation relief at a larger scale and recover a greater part of your liquidated position, we would need assistance in the form of additional collateral deposit.** Let me know if you can deposit additional collateral and I will get back to you with the updated figures.

Please note that the LTV ratio level that triggers liquidations is 83.3%. Additionally, should you choose to go with the liquidation relief program, there is a corresponding liquidation relief agreement that we need to get in place. Please confirm if you would like to proceed and I will send that across for **signature** and also specify the **amount** of the liquidation relief transaction you would like to get executed, together with the **assets** you would like to get purchased.

**Note**: The liquidation relief executions take place through Nexo's OTC desk between 08:00-19:00 CET daily. Assets are being purchased at spot market prices at the moment of execution.

Looking forward to your feedback. Enjoy a splendid day ahead.

Best regards,

**Kaloyan Stanev**
Relationship Manager

**Unlock the Power of Your Crypto**
nexo.io

On Wed, Jun 29, 2022 at 11:25 PM Vera, Onelia <onelia.vera@takeda.com> wrote:

Kal:

Thank you.

What is Nexo's proposal?

Best,

Onelia

---

**From:** Kal Stanev <kaloyan@nexo.io>
**Sent:** Tuesday, June 28, 2022 1:12 PM
**To:** Vera, Onelia <onelia.vera@takeda.com>
**Subject:** Nexo Liquidation Relief Program - Onelia

Dear Onelia,

We all have been witnessing and taking part in the enormous market volatility since the beginning of 2022, resulting in devastating erosion of value across the entire Blockchain space and triggering the closing of a vast volume of levered positions.

First and foremost, our hope and prayers go to our family of users around the world - be healthy and safe! In addition, please be advised that we are working around the clock to provide flexible and creative lending solutions to our community, including ways to recover positions liquidated during periods of drastic selloff.

As you have taken notice, the Nexo Oracle was forced to take action in an effective and objective manner during the rapid compression of market capitalisation across the entire range of acceptable collateral options on our platform. As it pertained to your case, in order to ensure that the Loan-to-Value (LTV) on your Nexo Account was kept below the critical 83.3% threshold, your outstanding crypto credit position was reduced automatically against the market value of your collateral.

Please feel free to reach out to us if you want to discuss possible solutions to the above unfortunate turn of events. As a valued client, we will help you remedy the situation to the best of our abilities and rebuild as much as possible from your previous position at Nexo. Although we try to be as responsive as possible, keep in mind that due to the heavy workload at the moment it might take us up to 5 working days to reply to you.


Best regards,

**Kaloyan Stanev**
Relationship Manager

**Unlock the Power of Your Crypto**
nexo.io

The content of this email and of any files transmitted may contain confidential, proprietary or legally privileged information and is intended solely for the use of the person/s or entity/ies to whom it is addressed. If you have received this email in error you have no permission whatsoever to use, copy, disclose or forward all or any of its contents. Please immediately notify the sender and thereafter delete this email and any attachments.