5/30/25, 4:47 AM Indiana Securities Division Joins $22.5 million settlement with the Nexo Group related to cryptocurrency - State of Indiana

Case 1:25-cv-00240-MPB-MG    Document 107-4    Filed 01/17/26    Page 1 of 16 PageID #: 3164

*EXHIBIT ABC-4*

 Log in (/auth/login) Sign up (/signup)

State of Indiana (/)

SOS Calendar (https://events.in.gov/sos)

Indiana Securities Division Joins $22.5 million settlement with the Nexo Group related to cryptocurrency

# Indiana Securities Division Joins $22.5 million settlement with the Nexo Group related to cryptocurrency

 Tuesday, March 28, 2023

 I'm Interested (https://events.in.gov/event/42775178146944/confirm?return=https%3A%2F%2Fevents.in.gov%2Fevent%2Findiana_securities_division_joins_225_million_se

 (https://www.facebook.com/sharer/sharer.php?u=https://events.in.gov/event/indiana_securities_division_joins_225_million_settlement_with_th
 (https://twitter.com/intent/tweet/?url=https%3A%2F%2Fevents.in.gov%2Fevent%2Findiana_securities_division_joins_225_million_by State+of+Indiana)
 (https://www.linkedin.com/shareArticle?mini=true&url=https://events.in.gov/event/indiana_securities_division_joins_225_million_settle Securities Division Joins $22.5 million settlement with the Nexo Group related to cryptocurrency)

5/30/25, 4:47 AM
Indiana Securities Division Joins $22.5 million settlement with the Nexo Group related to cryptocurrency - State of Indiana

Case 1:25-cv-00240-MRB-MG    Document 107-4    Filed 01/17/26    Page 2 of 16 PageID #: 3165



☐ I'm Interested (https://events.in.gov/event/42775178146944/confirm?return=https%3A%2F%2Fevents.in.gov%2Fevent%2Findiana_securities_division_joins_225_million_se

About this Event

Add to calendar ☐
☐ (https://calendar.google.com/calendar/event?action=TEMPLATE&dates=20230328%2F20230329&details=INDIANAPOLIS+%28March+24%2C+2023
☐ (https://events.in.gov/event/indiana_securities_division_joins_225_million_settlement_with_the_nexo
☐ (https://events.in.gov/event/indiana_securities_division_joins_225_million_settlement_with_the_nexo

Add to calendar ☐
☐ (https://calendar.google.com/calendar/event?action=TEMPLATE&dates=20230328%2F20230329&details=INDIANAPOLIS+%28March+24%2C+2023
☐ (https://events.in.gov/event/indiana_securities_division_joins_225_million_settlement_with_the_nexo
☐ (https://events.in.gov/event/indiana_securities_division_joins_225_million_settlement_with_the_nexo

INDIANAPOLIS (March 24, 2023) – The Office of the Indiana Secretary of State, Securities Division joined other state securities regulators and the U.S. Securities Exchange Commission (SEC) in jointly announcing a settlement with Nexo Capital, Inc. (Nexo). The settlement requires Nexo to pay a fine of approximately $22.5 million to states and U.S. territories. Indiana's portion is approximately $424,528. Some of these funds will go towards the Indiana Securities Restitution fund to help victims of securities violations and to an enforcement fund supporting investor education.

The action arises out of claims that Nexo issued securities consisting of digital asset lending products that were not registered with the Securities Division in violation of state laws.

5/30/25, 4:47 AM
Indiana Securities Division Joins $225 million settlement with the Nexo Group related to cryptocurrency - State of Indiana

Case 1:25-cv-00240-MRB-MG    Document 107-4    Filed 01/17/26    Page 3 of 16 PageID #: 3166

Nexo's securities, called "Earn Interest Products" or "EIPs", offered interest to investors who set up accounts hosted by Nexo in which they deposited cryptocurrency assets. The Division alleges that the accounts, which lack the protections offered by banking institutions such as the FDIC, were pooled and used to fund Nexo's lending and trading operations. The purpose of registration is to require that investors receive financial and other significant information concerning securities being offered and to prohibit deceit, misrepresentations, and other fraud in the sale of securities.

Indiana is one of the eight leading states, playing an integral role in reaching this settlement.

Through the EIP, investors expected to passively earn interest on digital assets by loaning those assets to Nexo. Nexo maintained total discretion over the revenue-generating activities utilized to earn returns for investors. The company offered and promoted the EIP and other products to investors in the U.S. via its website and social media channels, suggesting in some instances investors could obtain returns as high as 36%. The Securities Division states that **over one thousand Hoosiers invested assets worth over $6.4 million** with Nexo in EIPs. Nationally, more than 93,000 investors invested over $800 million in Nexo's offering.

Indiana Secretary of State Diego Morales thanked Securities Commissioner Marie Castetter for her Division's efforts, stating "My office will continue to investigate and enforce violations of securities laws, which exist to protect the public and allow Hoosiers to make informed decisions when placing their life savings into new and potentially volatile financial products."

Before investing, always do your research and don't assume a company is reputable, properly registered, or following the law. If you believe you've been victimized by a cryptocurrency-related offering, please visit the Indiana Secretary of State Securities Division (https://securities.sos.in.gov/) or contact the Securities Division at securities@sos.in.gov (mailto:securities@sos.in.gov) or (317) 232-6681.

-30-

# Event Details

Event Type

Press Releases (/search/events?event_types%5B%5D=34006056633355)

Calendar

5/30/25, 4:47 AM
Indiana Securities Division Joins $225 million settlement with the Nexo Group related to cryptocurrency - State of Indiana

Case 1:25-cv-00240-MRB-MG    Document 107-4    Filed 01/17/26    Page 4 of 16 PageID #: 3167

Agency (/search/events?event_types%5B%5D=34731297000171) SOS (/search/events?event_types%5B%5D=34733410537068)

Group

Indiana Secretary of State Diego Morales (/group/sos)

Contact Name

Lindsey Eaton

Contact Phone

317.775.8909

Contact Email

leaton1@sos.in.gov (mailto:leaton1@sos.in.gov)

> Today
> Next 7 days
> Next 30 days
> Select date on a calendar

CancelApply

Friday, December 23, 2022 at 12:17:53 Eastern Standard Time

**Subject:** FW: Nexo Liquidation Relief Program - Onelia
**Date:** Friday, August 19, 2022 at 2:24:27 PM Eastern Daylight Time
**From:** Vera, Onelia
**To:** Jonathan Schwartz, Esq.
**Attachments:** ~WRD1645.jpg

**EXHIBIT 28**

*EXHIBIT CR-1*

**From:** Vera, Onelia
**Sent:** Thursday, August 18, 2022 6:09 PM
**To:** jschartz@jonschwaertzlaw.com
**Subject:** FW: Nexo Liquidation Relief Program - Onelia

**From:** Kaloyan Stanev <kaloyan@nexo.io>
**Sent:** Thursday, June 30, 2022 4:50 AM
**To:** Vera, Onelia <onelia.vera@takeda.com>
**Subject:** Re: Nexo Liquidation Relief Program - Onelia

Hi Onelia,

Thank you for reaching out to us, thus demonstrating your willingness to discuss possible solutions to the recent unfortunate turn of events, which resulted in liquidation of your position with Nexo.

Your Nexo Account was liquidated for the equivalent of a total of **$361,293.90** during this year's market turbulence.

As a valued client, we wish to exclusively extend to you a viable solution in an effort to remedy the above situation and help you recover your collateral position to the best of our abilities. Namely, we would aim to acquire on your behalf part or, if feasible, all of your liquidated collateral assets. Our strategy would be to:

1. Purchase as much of your previous collateral as possible from the open market up to the size of liquidation, while keeping the overall loan-to-value (LTV) ratio within healthy limits.
2. Deposit the assets of the acquired position into your Nexo Account to serve as new collateral, whereby the price of purchasing the position together with the cost of the program execution will be added to the outstanding crypto credit balance in your Nexo Account.

To ensure this strategy's effectiveness and achieve a reliable initial LTV, **as a prerequisite your Nexo Account should have some starting collateral balance**.

Let me reiterate how the liquidation relief works. We will purchase assets of the same type and up to the same amount as the liquidated ones that will become collateral and the price of this purchase together with the cost of the program execution will be credited to your Nexo Account as an outstanding crypto credit. Both transactions are settled manually by our OTC team in your Nexo Account. It is our intention to allow you to recover as much from your liquidated position as possible. That being said, any operation we perform should be within the limits of our risk management procedures, meaning that the ending LTV of your Nexo Account, once all operations are settled, cannot exceed 83.3%. Otherwise, additional liquidations will be triggered. Based on standard

Page 1 of 3

industry practice, it is recommended that a conservative LTV be maintained at all times, which would in this case be no more than 70%.

Let me demonstrate with an example. Here is how your Nexo Account looks today:

| Collateral Value | Withdrawal Credit | LTV |
|---|---|---|
| $726,191.11 | $457,427.34 | 62.99% |

Given the Nexo Account set up, we can execute the liquidation relief program with the equivalent of up to $129,521.87.

Here is how your Nexo Account would look post execution:

- Collateral value: ~$726,191.11 +$129,521.87(the value of the newly purchased assets of your choosing) = ~$855,712.98
- Outstanding crypto credit: ~$457,427.34+ $137,293.18 (the price of purchasing the position together with the cost of the program execution will be added to the outstanding crypto credit balance in your Nexo Account) = ~$594,720.52
- LTV:~69.50%

**In order to be able to execute the liquidation relief at a larger scale and recover a greater part of your liquidated position, we would need assistance in the form of additional collateral deposit.** Let me know if you can deposit additional collateral and I will get back to you with the updated figures.

Please note that the LTV ratio level that triggers liquidations is 83.3%. Additionally, should you choose to go with the liquidation relief program, there is a corresponding liquidation relief agreement that we need to get in place. Please confirm if you would like to proceed and I will send that across for **signature** and also specify the **amount** of the liquidation relief transaction you would like to get executed, together with the **assets** you would like to get purchased.

**Note**: The liquidation relief executions take place through Nexo's OTC desk between 08:00-19:00 CET daily. Assets are being purchased at spot market prices at the moment of execution.

Looking forward to your feedback. Enjoy a splendid day ahead.

Best regards,

**Kaloyan Stanev**
Relationship Manager

**Unlock the Power of Your Crypto**
nexo.io

On Wed, Jun 29, 2022 at 11:25 PM Vera, Onelia <onelia.vera@takeda.com> wrote:

Kal:

Thank you.

What is Nexo's proposal?

Best,

Onelia

---

**From:** Kal Stanev <kaloyan@nexo.io>
**Sent:** Tuesday, June 28, 2022 1:12 PM
**To:** Vera, Onelia <onelia.vera@takeda.com>
**Subject:** Nexo Liquidation Relief Program - Onelia

Dear Onelia,

We all have been witnessing and taking part in the enormous market volatility since the beginning of 2022, resulting in devastating erosion of value across the entire Blockchain space and triggering the closing of a vast volume of levered positions.

First and foremost, our hope and prayers go to our family of users around the world - be healthy and safe! In addition, please be advised that we are working around the clock to provide flexible and creative lending solutions to our community, including ways to recover positions liquidated during periods of drastic selloff.

As you have taken notice, the Nexo Oracle was forced to take action in an effective and objective manner during the rapid compression of market capitalisation across the entire range of acceptable collateral options on our platform. As it pertained to your case, in order to ensure that the Loan-to-Value (LTV) on your Nexo Account was kept below the critical 83.3% threshold, your outstanding crypto credit position was reduced automatically against the market value of your collateral.

Please feel free to reach out to us if you want to discuss possible solutions to the above unfortunate turn of events. As a valued client, we will help you remedy the situation to the best of our abilities and rebuild as much as possible from your previous position at Nexo. Although we try to be as responsive as possible, keep in mind that due to the heavy workload at the moment it might take us up to 5 working days to reply to you.

Best regards,

**Kaloyan Stanev**
Relationship Manager

**Unlock the Power of Your Crypto**
nexo.io

The content of this email and of any files transmitted may contain confidential, proprietary or legally privileged information and is intended solely for the use of the person/s or entity/ies to whom it is addressed. If you have received this email in error you have no permission whatsoever to use, copy, disclose or forward all or any of its contents. Please immediately notify the sender and thereafter delete this email and any attachments.

EXHIBIT JJ-1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JUNHAN JEONG,<br><br>    Plaintiff,<br><br>v.<br><br>NEXO FINANCIAL LLC, and others,<br><br>    Defendants. | Case No. **21-cv-02392 BLF**<br><br>**NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE**<br><br>**Re: Dkt. No. 58** |

This case was referred to this Court by the Honorable Beth Labson Freeman for a settlement conference. The conference will be held on **August 29, 2023**, **at 9:30 a.m.** This proceeding will be held via Zoom meeting. If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov, or 408.535.5343. Please see this Court's Settlement Conference Standing order for more information.

IT IS SO ORDERED.

Date: July 17, 2023

                                                  Nathanael M. Cousins
                                                United States Magistrate Judge

Case No. 21-cv-02392 BLF (NC)
SETTLEMENT CONFERENCE ORDER

# SETTLEMENT CONFERENCE STANDING ORDER
# MAGISTRATE JUDGE NATHANAEL M. COUSINS

SCHEDULING

To coordinate scheduling, please contact courtroom deputy Lili Harrell at Lili_Harrell@cand.uscourts.gov or 408.535.5343. Settlement conferences typically are held on Tuesday, Thursday, and Friday at 9:30 a.m.

Requests for conference participation by Zoom or telephone must be made within 7 days after a settlement conference referral.

A party seeking to continue a settlement conference must file a request in ECF as soon as possible after meeting and conferring with opposing counsel. The request must demonstrate a compelling reason for the continuance and state whether the opposing parties object to the continuance. Any party that objects to the continuance must file an opposition in ECF within two days of the filing date of the request.

Contact courtroom deputy Lili Harrell immediately if the case settles before the settlement conference.

PERSONS REQUIRED TO ATTEND SETTLEMENT CONFERENCE

All parties and their counsel are required to attend the settlement conference in person, not by telephone. Non-natural persons must be represented by a person with unlimited authority to negotiate a settlement. An insured party must appear with a representative of the carrier with full authority to negotiate up to the limits of coverage. A person who must call another person not present at the conference before agreeing to a settlement does not have unlimited authority.

SETTLEMENT CONFERENCE STATEMENT

No later than seven days prior to the conference, each party must submit a settlement conference statement via email in PDF format to ncpo@cand.uscourts.gov. Each party must also serve its statement on opposing counsel. The statement must not be filed in ECF. The statement must include:

(a)   the identity of the attorney(s) and clients attending the settlement conference;
(b)   a brief statement of the facts of the case;
(c)   a brief statement of the claims and defenses raised, including statutory or other grounds upon which the claims are founded;
(d)   a candid evaluation of the parties' likelihood of prevailing on the claims and defenses;

(e)     a description of the major issues in dispute and any discrete issue that, if resolved, would facilitate the resolution of the case;
(f)     a summary of the proceedings to date;
(g)     a listing of all pending motions;
(h)     the relief sought;
(i)     the party's position on settlement, including present demands, offers, and a history of past settlement discussions.

No further materials should be submitted to the Court unless requested.

IT IS SO ORDERED.

Updated: June 20, 2023

_____
Nathanael M. Cousins
U.S. Magistrate Judge

EXHIBIT JJ-2

**Relevant Case Law: Jeong v. Nexo Capital Inc.**

**Case Citation:**
*Jeong v. Nexo Capital Inc.*, No. 21-CV-02392-BLF, 2022 WL 174236 (N.D. Cal. Jan. 19, 2022)

**Summary of Facts:**
In *Jeong*, the plaintiff held a line of credit with Nexo secured by XRP. On December 23, 2020—one day after the SEC filed its lawsuit against Ripple Labs—Nexo suspended the use of XRP as collateral and disallowed its use for loan repayments. As a result, the plaintiff was unable to maintain his Loan-to-Value (LTV) ratio and Nexo proceeded to liquidate his XRP holdings. The plaintiff filed suit, asserting claims including breach of contract.

**Court Holding (relevant portion):**
The Northern District of California denied in part Nexo's motion to dismiss under Rule 12(b)(6), allowing the **breach of contract** claim to proceed.

*"Plaintiff plausibly alleges that Nexo breached its obligation under the Borrow Terms by suspending XRP as a repayment option while continuing to maintain liquidation rights."*
— *Jeong v. Nexo*, 2022 WL 174236, at *4 (N.D. Cal. Jan. 19, 2022).

**Legal Significance:**

This ruling establishes that users of Nexo's credit line products who experienced liquidation after XRP repayment suspension **have a viable claim for breach of contract**, particularly where Nexo maintained the right to liquidate but disabled repayment options—an action inconsistent with contractual fairness and commercial reasonableness.

**Suggested Use in Your Response**

You can use the Jeong case in two ways:

- **Against a 12(b)(6) Motion**:

"Similar to the plaintiff in *Jeong v. Nexo*, Plaintiff alleges that Nexo disabled repayment in XRP and subsequently liquidated the account. The Jeong court found such conduct plausibly stated a claim for breach of contract, and accordingly denied dismissal under Rule 12(b)(6)."

- **Against a Rule 56 Summary Judgment Motion**:

"Where material factual disputes exist—particularly as to Nexo's contractual obligations, suspension of repayment functionality, and knowledge of resulting harm—summary judgment is premature. In *Jeong v. Nexo*, the court allowed the breach of contract claim to proceed under strikingly similar facts, underscoring the need for full factual development through trial."

1



EXHIBIT CBL-1

Nexo's Instant Crypto-backed Loan allows clients to retain 100% ownership of their crypto assets and to profit from their potential upside. Furthermore, Nexo's product is accessible with no credit checks and does not have geographic restrictions. The crypto loan is extended instantly as there is no approval procedure. As soon as the crypto assets are transferred to the Nexo Wallet and the transaction is confirmed on the blockchain, the client can start spending the fiat currency of their choice. The interest rates are highly competitive and there are no additional or hidden fees.

7/11/25, 1:48 PM  Case 1:25-cv-00240-MPB-MG  Document 107-4  AOL Mail - Nexo: Automatic Loan Repayments  Filed 01/17/26  Page 14 of 16 PageID #: 3177

EXHIBIT CC-6

# Nexo: Automatic Loan Repayments

| | |
|---|---|
| From: | Nexo Customer Support (support@nexo.com) |
| To: | elberteclll@aol.com |
| Date: | Wednesday, July 19, 2023 at 04:08 AM EDT |

**Customer Support**

Dear Elbert,

After carefully reviewing your account and any previous communication, we want to express our understanding of your negative feelings regarding your crypto's liquidation back in June 2021 and May 2022.

We believe that you are aware of how notorious and volatile cryptocurrencies are and that such big swings in their value are not unusual. Regrettably, when markets go down, systems worldwide trigger **partial automatic loan repayments**. Hence this is not a practice limited to Nexo. Our system cannot delay sell orders, as it will put our interest-earning (lending) clients at risk.

As we have no control over the market or its volatility, the only action we can take from our side is to warn our customers of the decrease in dollar value when it gets too big and puts their crypto holdings at risk. Usually, notifications, also known as **margin calls**, are sent instantly via email, and it is then up to each person to take responsibility and action to amend this situation. How and when they do that, or if they decide to take action at all, is entirely up to them, and Nexo does not bear any further responsibility for the repercussions nor can be held liable to restore or reverse any liquidated crypto.

Nonetheless, we also understand your dissatisfaction with not having the option to repay your loan with XRP at the time of both market crashes. Repayments with the said asset were not possible as this option was suspended back in December 2020, when the SEC vs Ripple Labs lawsuit was filed. **Alternative assets** were available to make either partial or full loan repayment to avoid losing the hardly-earned funds. In contrast, the decision to temporarily **cease loan repayments with XRP** was based on the still-ongoing lawsuit. As this is not yet fully settled, Nexo is closely monitoring the developments of this case. To keep yourself informed of any latest updates, you can subscribe and follow our **social media channels**.

The actions undertaken, upon legal counsel, were in adherence with laws, regulations, and the company's own terms and conditions and intended to protect the business and its clients. During such difficult times, Nexo has been subjected to defamation and aggressive blackmail attacks via various media and communication channels by several former clients liquidated as a result of the December 2020 XRP crash. As attempts to settle amicably were not accepted by the individuals in question, Nexo is taking legal action to address the matter. Our company asserts that any further attacks upon its reputation, including any meritless lawsuits, will be addressed with equal severity and through the applicable legal instruments and mechanisms.

Thank you in advance for your understanding!

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,

Valencia

Buy Crypto  •  Earn Interest  •  Borrow Cash & Stablecoins     

This e-mail contains confidential information and is intended for the named recipient(s) only. It is not financial advice and any investment decision you make is solely your responsibility. Nexo accepts no liability for consequences of any actions taken on the basis of the information provided, including for any damages suffered by the recipient. Digital Assets are not money or legal tender, are not backed by the government or by a central bank, and most do not have any underlying assets, revenue stream, or another source of value. Please rationally judge your ability to risk-taking and make decisions prudently.

© 2023 Nexo. All rights reserved.