AOL Mail - Funds Received in Your Nexo Account

**EXHIBIT CC-1**

## Funds Received in Your Nexo Account

From: Nexo (noreply@nexo.io)

To: elberteclll@aol.com

Date: Thursday, February 11, 2021 at 07:08 AM EST



Dear Nexo Client,

The amount of **XRP 2499.99186** has been received in your Nexo Account.

**The security of the assets held in your Nexo Account is guaranteed by a $100 million custodian insurance policy.**

Cryptocurrency assets are held in multi-signature wallets and cold storage at world renowned and audited qualified custodian BitGo, which is Security Standard Level 3 as well as SOC 2 compliant.

**Nexo is a licensed & regulated financial institution**

**Earn up to 12% on your Stablecoins or USD, EUR, GBP with 100% Asset-Backed Guarantee**

**Earn Passive Income with 30% Dividends on NEXO Tokens**

Thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Best Regards,
The Nexo Team

 

© 2020 Nexo. All rights reserved.

You are receiving this email because you opted in via our website.