EXHIBIT RIPPLE

# 24-2648(L)

24-2705(XAP)

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

UNITED STATES SECURITIES & EXCHANGE COMMISSION,

Plaintiff-Appellant-Cross-Appellee,

v.

RIPPLE LABS, INC.,

Defendant-Appellee-Cross-Appellant,

BRADLEY GARLINGHOUSE, CHRISTIAN A. LARSEN,

Defendants-Appellees,

JORDAN DEATON, JAMES LAMONTE, MYA LAMONTE, TYLER LAMONTE, MITCHELL MCKENNA, KRISTIANA WARNER, PHD ROSLYN LAYTON,

Intervenors.

On Appeal from a Final Order of the U.S. District Court
for the Southern District of New York, No. 20-cv-10832 (Torres, J.)

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the Securities and Exchange Commission ("Commission"), Appellant-Cross-Appellee, Ripple Labs, Inc. ("Ripple"), Appellee-Cross-Appellant, Bradley Garlinghouse, Appellee, and Christian A. Larsen, Appellee, jointly stipulate to the dismissal of the Commission's appeal (No. 24-2648), and Ripple's cross-appeal (No. 24-2705), with each party to bear its own costs and fees.

| | |
|---|---|
| Date: August 7, 2025 | Respectfully submitted, |
| | |
| */s/ Michael K. Kellogg*[*] <br> Michael K. Kellogg | Jeffrey B. Finnell <br> *Acting General Counsel* |
| KELLOGG, HANSEN, TODD, FIGEL, <br> & FREDERICK PLLC <br> Sumner Square <br> 1615 M Street, NW, Suite 400 <br> Washington, D.C. 20036 <br> (202) 326-7900 <br> mkellogg@kellogghansen.com | Tracey A. Hardin <br> *Solicitor* <br><br> David D. Lisitza <br> *Senior Appellate Counsel* |
| DEBEVOISE & PLIMPTON LLP <br> 919 Third Avenue <br> New York, NY 10022 <br> (212) 909-6000 | */s/ Ezekiel L. Hill* <br> Ezekiel L. Hill <br> *Appellate Counsel* <br><br> SECURITIES AND EXCHANGE <br> COMMISSION <br> 100 F Street, N.E. <br> Washington, D.C. 20549 <br> (202) 551-6000 <br> hillez@sec.gov |
| *Counsel for Defendant-Appellee-Cross-Appellant Ripple Labs Inc.* | |
| */s/ Matthew C. Solomon*[*] <br> Matthew C. Solomon | *Counsel for Plaintiff-Appellant-Cross-Appellee Securities and Exchange Commission* |
| CLEARY GOTTLIEB STEEN & <br> HAMILTON LLP <br> Matthew C. Solomon <br> 2112 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20037 <br> (202) 974-1680 <br> msolomon@cgsh.com | |
| *Counsel for Defendants-Appellees Bradley Garlinghouse and Christian Larsen* | |

---

[*] Defendant-Appellee-Cross-Appellant Ripple Labs Inc. and Defendants-Appellees Bradley Garlinghouse and Christian Larsen have authorized the Securities and Exchange Commission to file with their respective signatures.

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the Second Circuit through the Court's ACMS system. All parties and counsel of record were served with copies of the foregoing document on the same date through the Court's ACMS system.

                                                                      */s/ Ezekiel L. Hill*
                                                                      Ezekiel L. Hill

Dated: August 7, 2025