EXHIBIT A-2

## Nexo: Automatic Loan Repayments

From: Nexo Customer Support (support@nexo.com)

To: elberteclll@aol.com

Date: Wednesday, July 19, 2023 at 04:08 AM EDT

**Customer Support**

Dear Elbert,

After carefully reviewing your account and any previous communication, we want to express our understanding of your negative feelings regarding your crypto's liquidation back in June 2021 and May 2022.

We believe that you are aware of how notorious and volatile cryptocurrencies are and that such big swings in their value are not unusual. Regrettably, when markets go down, systems worldwide trigger **partial automatic loan repayments**. Hence this is not a practice limited to Nexo. Our system cannot delay sell orders, as it will put our interest-earning (lending) clients at risk.

As we have no control over the market or its volatility, the only action we can take from our side is to warn our customers of the decrease in dollar value when it gets too big and puts their crypto holdings at risk. Usually, notifications, also known as **margin calls**, are sent instantly via email, and it is then up to each person to take responsibility and action to amend this situation. How and when they do that, or if they decide to take action at all, is entirely up to them, and <u>Nexo does not bear any further responsibility for the repercussions nor can be held liable to restore or reverse any liquidated crypto.</u>

Nonetheless, we also understand your dissatisfaction with not having the option to repay your loan with XRP at the time of both market crashes. ==Repayments with the said asset were not possible as this option was suspended back in December 2020, when the SEC vs Ripple Labs lawsuit was filed.== **Alternative assets** were available to make either partial or full loan repayment to avoid losing the hardly-earned funds. ==In contrast, the decision to temporarily **cease loan repayments with XRP** was based on the still-ongoing lawsuit. As this is not yet fully settled, Nexo is closely monitoring the developments of this case.== To keep yourself informed of any latest updates, you can subscribe and follow our **social media channels**.

The actions undertaken, upon legal counsel, were in adherence with laws, regulations, and the company's own terms and conditions and intended to protect the business and its clients. During such difficult times, Nexo has been subjected to defamation and aggressive blackmail attacks via various media and communication channels by several former clients liquidated as a result of the December 2020 XRP crash. As attempts to settle amicably were not accepted by the individuals in question, Nexo is taking legal action to address the matter. Our company asserts that any further attacks upon its reputation, including any meritless lawsuits, will be addressed with equal severity and through the applicable legal instruments and mechanisms.

Thank you in advance for your understanding!

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,

Valencia

Buy Crypto • Earn Interest • Borrow Cash & Stablecoins    

This e-mail contains confidential information and is intended for the named recipient(s) only. It is not financial advice and any investment decision you make is solely your responsibility. Nexo accepts no liability for consequences of any actions taken on the basis of the information provided, including for any damages suffered by the recipient. Digital Assets are not money or legal tender, are not backed by the government or by a central bank, and most do not have any underlying assets, revenue stream, or another source of value. Please rationally judge your ability to risk-taking and make decisions prudently.

© 2023 Nexo. All rights reserved.